## THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES R. BUNN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREAT SOUTHERN BANK,<br><br>　　　　　Defendant. | Case No. 4:17-cv-04171-SLD-JEH |

### MOTION TO DISMISS OF DEFENDANT GREAT SOUTHERN

Defendant Great Southern Bank ("Great Southern") hereby moves to dismiss this action, pursuant to Fed. R. Civ. P. 12(d)(6), on the grounds that the Complaint fails to state a claim upon which relief can be granted. As explained in detail in the Memorandum in Support of this Motion:

　　　　1. Plaintiff is a former employee of Valley Bank Illinois ("Valley Bank"). He is seeking benefits that he alleges accrued to him under employee-benefit plans of, and a Salary Continuation Agreement with, Valley Bank.

　　　　2. On June 20, 2014, the Illinois Department of Financial and Professional Regulation, Division of Banking, closed Valley Bank and appointed the Federal Deposit Insurance Corporation (the "FDIC") as its receiver (the "Receiver").

　　　　3. The Receiver, the FDIC, and Great Southern entered into a Purchase and Assumption Agreement (the "P&A Agreement") under which Great Southern purchased certain assets and assumed certain liabilities of Valley Bank.

　　　　4. Great Southern did not assume any liability of Valley Bank under employee-benefit plans or under Plaintiff's Salary Continuation Agreement.

5. Under the Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA"), Great Southern is not the successor to Valley Bank and has no liability for obligations of Valley Bank that it did not expressly assume.

WHEREFORE Defendant Great Southern Bank prays the Order of the Court.

**STINSON LEONARD STREET LLP**

By: */s/ Benjamin D. Woodard*
Benjamin D. Woodard - IL Bar No. 6319585
7700 Forsyth Blvd, Suite 1100
St. Louis, MO 63105-1821
Telephone: 314-259-4539
Email: benjamin.woodard@stinson.com

J. Emmett Logan
Ashley Dillon
1201 Walnut Street, Suite 2900
Kansas City, MO  64106
Telephone:  816-842-8600
Facsimile:  816-691-3495
Email:     emmett.logan @stinson.com
           ashley.dillon@stinson.com

ATTORNEYS FOR DEFENDANT
GREAT SOUTHERN BANK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2017, the foregoing was filed with the Clerk of court electronically, to be served by operation of the Court's electronic filing system upon all counsel of record, and that a true and correct copy was served via U.S. Mail, with postage prepaid, to:

Stephen T. Fieweger  
Attorney at Law  
5157 Utica Ridge Road  
Davenport, IA 52807

*/s/ Benjamin D. Woodard*  
Attorney for Great Southern Bank

133525471.1